Gustavo LEMUS–GALVAN, Petitioner,

v.

Michael B. MUKASEY,* Attorney General, Respondent.

No. 04–72651.

United States Court of Appeals, Ninth Circuit.

Filed March 11, 2008.

David B. Landry, San Diego, CA, for Petitioner.

Gustavo Lemus–Galvan, Calexico, CA, pro se.

---

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Donald A. Couvillon, Linda S. Wendtland, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge, TASHIMA and McKEOWN, Circuit Judges.

ORDER

The memorandum disposition filed November 16, 2007, appearing at 2007 WL 4031808, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. A new opinion is ordered filed in its place.